# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEO B. MARCHETTI, | Case No. 2:15-cv-02103-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| VALLEY ELECTRIC ASSOCIATION, INC., | (Docket No. 19) |
| Defendant(s). | |

The parties in this case participated in an Early Neutral Evaluation Session ("ENE") with the undersigned on September 2, 2016. Docket No. 18. At the ENE, the parties reached a non-confidential settlement, the terms of which were read into the record and confirmed through a canvassing of the parties. *See id.* The undersigned ordered the parties to execute a written settlement agreement by September 16, 2016, and to file a stipulation of dismissal by September 30, 2016. *See id.* Plaintiff now argues that he did not voluntarily agree to the settlement terms. *See* Docket No. 19 at 2. Accordingly, the parties have submitted a request for a telephonic status conference. Docket No. 19.

The Court hereby **GRANTS** the parties' request for a telephonic status conference, Docket No. 19, and **SETS** a telephonic hearing for September 20, 2016 at 11:00 a.m. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five

minutes prior to the hearing.  The conference code is 6791056.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

      IT IS SO ORDERED.

      DATED: September 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge