ANN MORGAN
Nevada Bar No. 933
SHANNON S. PIERCE
Nevada Bar No. 12471
FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
Reno, NV 89501
Telephone:  (775) 788-2200
Facsimile:  (775) 786-1177
Email: amorgan@fclaw.com
Email: spierce@fclaw.com

Attorneys for Defendant
Valley Electric Association, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

LEO B. MARCHETTI, an individual,

        Plaintiff,

v.

VALLEY ELECTRIC ASSOCIATION, INC., a domestic non-profit corporation;

        Defendant.
_____/

Case No. 2:15-cv-02103-JCM-VCF

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

It is hereby stipulated and agreed by and between the parties to this action, Plaintiff Leo B. Marchetti ("Plaintiff") and Defendant Valley Electric Association, Inc. ("Defendant"), by and through their respective counsel of record, that the above-captioned action and all causes of action asserted therein should be dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs in this matter.

//

//

IT IS SO STIPULATED.

Respectfully submitted.

DATED: This 30th day of September, 2016.

                           GUINNESS LAW FIRM

                           By:  /s/ Guinness Ohazuruike

                                GUINNESS OHAZURUIKE, ESQ. (SBN 11321)
                                6845 W. Charleston Blvd. #A
                                Las Vegas, Nevada  89117
                                Tel:  (702) 473-9300
                                Fax:  (702) 920-8112
                                Attorneys for Plaintiff
                                LEO B. MARCHETTI

DATED: This 30th day of September, 2016.

                           FENNEMORE CRAIG, P.C.

                           By:   /s/  Shannon Pierce

                                ANN MORGAN (SBN 933)
                                SHANNON S. PIERCE (SBN 12471)
                                300 E. Second St., Suite 1510
                                Reno, Nevada  89501
                                Tel: (775) 788-2200
                                Fax: (775) 786-1177
                                Attorneys for Defendant
                                VALLEY ELECTRIC ASSOCIATION, INC.

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED that the above-captioned action, and all claims asserted therein, are dismissed with prejudice.  Each party must bear his or its own attorney's fees and costs.

DATED October 4, 2016.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE